1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

QUALCOMM INCORPORATED, a
Delaware Corporation; SECURIAN
FINANCIAL GROUP, INC., a Delaware
Corporation; MINNESSOTA LIFE
INSURANCE COMPANY, a Minnesota
Corporation,

Case No. 22-cv-1360-BAS-MSB

12
13

**ORDER GRANTING JOINT
MOTION TO DISMISS (ECF NO. 17)**

14
15
16

Plaintiffs,

17

v.

18

STELLA SHVIL, Administer and Personal
Representative of the Estate of Ali
Ebrazeh; FATEMEH EBRAZEH, an
individual

19
20

Defendants.

21
22

Before the Court is the parties' joint motion to dismiss with prejudice the instant

23

interpleader action.  (Joint Mot., ECF No. 17.)  Federal Rule of Civil Procedure ("Rule")

24

41(a)(1)(A) provides a plaintiff with the absolute right to voluntarily dismiss its action

25

and with two methods for doing so.  Fed. R. Civ. P. 41(a)(1)(A).  The plaintiff may file

26

either a notice of voluntary dismissal before a defendant has filed an answer or a motion

27

for summary judgment, *see id*. 41(a)(1)(A)(i), or a stipulation of dismissal signed by all

28

parties who have appeared, *see id.* 41(a)(1)(A)(ii).  *See also Wilson v. City of San Jose,*

- 1 -

111 F.3d 688, 692 (9th Cir. 1997).  Under Rule 41(a)(1)(A), dismissal is effective once a compliant notice or stipulation is filed; no further order of the court is necessary.  *See Stone v. Woodford*, No. CIV-F-05-0845 AWI-DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2007).

Nonetheless, the local civil rules of this district require that where, as here, the plaintiff opts to file a stipulation as the device for voluntary dismissal, pursuant to Rule 41(a)(1)(A)(ii), it must be filed as a joint motion.  *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

In accordance with Rule 41(a)(1)(A)(ii), the parties filed a compliant stipulation, agreeing to dismissal of the case, in its entirety, with prejudice.  And in accordance with the civil local rules of this district, the parties filed that stipulation as a joint motion.  (*See* ECF No. 17.)  The Court, therefore, **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action.  The Clerk of Court is directed to close the matter.

**IT IS SO ORDERED.**

**DATED: June 6, 2023**

**Hon. Cynthia Bashant**
**United States District Judge**

22cv1360